UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RONALD PAUL DOWNS,

        Petitioner,                  Case No. 1:20-cv-1180

v.                                      Honorable Paul L. Maloney

CONNIE HORTON,

        Respondent.

_____/

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  December 18, 2020                /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge