UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RONALD PAUL DOWNS,

               Petitioner,              Case No. 1:20-1180

v.                                 Honorable Paul L. Maloney

CONNIE HORTON,

               Respondent.

_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:   December 18, 2020           /s/ Paul L. Maloney
                                          Paul L. Maloney
                                        United States District Judge